UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> COA ASSOCIATES, LLC et al., <br><br> Defendants. | Case No. 2:26-cv-04527-SB-DSR <br><br> ORDER TO SHOW CAUSE |

Plaintiffs filed their complaint against Defendants COA Associates, LLC and Brian Thomas Armstrong on April 28, 2026.  On May 16 and 23, 2026, Plaintiffs served Defendants Armstrong and COA Associates, respectively.  *See* Dkt. Nos. 10–11.  Defendant failed to timely respond, and Plaintiffs have not sought entry of default against Defendant.  Plaintiffs are ORDERED TO SHOW CAUSE, in writing, no later than July 3, 2026, why their claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before July 3, 2026, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims.

Date: June 22, 2026

_____

Stanley Blumenfeld, Jr.
United States District Judge

1